

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00252-CR

Benjamin **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4634
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

After we granted the reporter's first two requests for extensions of time to file the reporter's record, the reporter's record was due on July 3, 2018. *See* TEX. R. APP. P. 35.1. Before the extended due date, court reporter Carol N. Castillo filed a third notification of late reporter's record. The notification included a status report indicating the number of pages remaining. The court reporter requests an extension of time to file the record until July 5, 2018.

The request is GRANTED. The reporter's record is due not later than July 5, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court